JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

KAISA D. L.,

   Plaintiff,

  v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

   Defendant.

No. 2:23-cv-07766-BFM

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: July 18, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE